# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GRUBB<br><br>  Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00511-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT TRUSTEE OF THE AVIATION HEALTH ASSOCIATION INSURANCE TRUST<br><br>(ECF No. 9) |

Plaintiff Aaron Grubb filed this action on April 12, 2018, against Defendants Aetna Life Insurance Company and Trustee of the Aviation Health Association Insurance Trust for the Benefit of Members of the NetJets Association of Shared Aircraft Pilots pursuant to the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1101, et seq. (ECF No. 1.) On May 7, 2018, a stipulation was filed dismissing without prejudice Defendant Trustee of the Aviation Health . Association Insurance Trust for the Benefit of Members of the NetJets Association of Shared Aircraft Pilots.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendant Trustee of the Aviation Health Association Insurance Trust for the Benefit of Members of the NetJets

1

Association of Shared Aircraft Pilots, shall be terminated in this action.

IT IS SO ORDERED.

Dated: __**May 8, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE