UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GRUBB, | ) CASE NO. 1:18-cv-0511-DAD-SAB |
| Plaintiff, | ) ORDER RE SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS |
| vs. | |
| AETNA LIFE INSURANCE COMPANY; et al., | ) (ECF No. 11) |
| Defendants. | ) |

Pursuant to the stipulation of the parties, Aetna Life Insurance Company's response to the complaint shall be filed on or before June 6, 2018.

IT IS SO ORDERED.

Dated: **May 21, 2018**

UNITED STATES MAGISTRATE JUDGE

-1-