UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GRUBB,<br><br>    Plaintiff,<br><br>  vs.<br><br>AETNA LIFE INSURANCE COMPANY; et al.,<br><br>    Defendants. | CASE NO. 1:18-cv-00511-DAD-SAB<br><br>ORDER RE THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT TO ALLOW CONTINUED SETTLEMENT NEGOTIATIONS<br><br>(ECF No. 13) |

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Aetna Life Insurance Company's response to the complaint shall be filed on or before June 18, 2018.

IT IS SO ORDERED.

Dated: **June 6, 2018**

UNITED STATES MAGISTRATE JUDGE

-1-