# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GRUBB,<br><br>          Plaintiff,<br><br>     v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No. 1:18-cv-00511-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 15)<br><br>DEADLINE: JULY 2, 2018 |

Plaintiff filed this action on April 12, 2018. On June 8, 2018, Plaintiff filed a notice of settlement indicating that the action has been settled. Pursuant to Plaintiff's notice of settlement, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents on or before July 2, 2018.

IT IS SO ORDERED.

Dated:   **June 11, 2018**

                              UNITED STATES MAGISTRATE JUDGE